Daniel H. Brunner
Chapter 13 Trustee
PO Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:   Daggett, Jerry Earl and
         Daggett, Vikki Lynn

Debtor(s)

Case No.: 15-03267-FPC13

OBJECTION TO CONFIRMATION

The Trustee objects to the Chapter 13 plan for the following reason(s):

The plan is not feasible. 11 USC §1325(a)(6). The Debtors have failed to demonstrate an ability to make all plan payments that come due under the plan. Specifically, the Debtors have not commenced making plan payments and are currently delinquent $1512.00 (two months) through November 2015.

November 12, 2015                                Daniel H. Brunner, Chapter 13 Trustee
                                                 By: /S/ Daniel H. Brunner