Daniel H. Brunner
Chapter 13 Trustee
PO Box 1513
Spokane, WA 99210-1513
(509) 747-8481

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br>Daggett, Jerry Earl and<br>Daggett, Vikki Lynn<br><br>Debtor(s) | Case No. 15-03267-FPC13<br><br>Notice of Withdrawal of Objection to Confirmation |

TO: Debtor above named, and

TO: Attorney for Debtor(s), Patrick McBurney Jr

     Notice is hereby given that the Chapter 13 Trustee withdraws all of his objections to Confirmation in these proceedings.

Daniel H. Brunner, Trustee

November 30, 2015    By: Heather Wilhelm /s/HCW